Michael A. **WILLIAMS,**
Plaintiff–Appellant,

v.

John **SANDERS,** West Virginia
Department of Highways,
Defendant–Appellee.

No. 00–7809.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Michael A. Williams, pro se. Michael Kozakewich, Jr., Steptoe & Johnson, Clarksburg, WV, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Michael A. Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we deny Williams' motion for appointment of counsel and affirm on the reasoning of the district court. *Williams v. Sanders,* No. CA–99–114–2 (N.D.W.Va. Dec. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*